FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

VICTOR MANUEL CERVANTES,

        Petitioner,

    vs.

ANTHONY HEDGPETH, Warden,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-4278-R(JPR)

ORDER ACCEPTING FINDINGS AND
RECOMMENDATIONS OF U.S.
MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge.  On November 28, 2011, Petitioner filed a Petition for Certificate of Appealability and Memorandum of Points and Authorities, which this Court has reviewed to the extent it raises objections to the Report and Recommendation. The Court has made a _de novo_ determination of those portions of the Report and Recommendation to which objections have been made.

Petitioner's objections generally repeat the arguments raised in the Petition.  Having reviewed the Petition, the Court concurs with and accepts the Magistrate Judge's recommendations.

1  IT THEREFORE IS ORDERED that Judgment be entered denying the

2  Petition and dismissing this action with prejudice.

3

4

5  DATED: Dec. 14, 2011

6  MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE

2