JS-6 / **ENTERED**

FILED · SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

VICTOR MANUEL CERVANTES,     ) Case No. CV 10-4278-R (JPR)
                             )
            Petitioner,      )
                             )      **J U D G M E N T**
      vs.                    )
                             )
ANTHONY HEDGPETH, Warden,    )
                             )
            Respondent.      )
                             )
_____)

    Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.


DATED: Dec. 14, 2011

                              _____
                              MANUEL L. REAL
                              UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1